DANIEL J. BRODERICK, #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANGEL MORAN-RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-00041 LJO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, AND ORDER THEREON |
| v. | ) ) | |
| ANGEL MORAN-RAMIREZ, | ) ) | Date: March 30, 2007 Time: 9:00 A.M. |
| Defendant. | ) ) ) | Judge: Hon. Lawrence J. O'Neill |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference hearing in the above-entitled matter now set for March 23, 2007, may be continued to March 30, 2007, at 9:00 a.m.

The reason for this continuance is to allow counsel for defendant additional time to complete investigation to support counter-offer disposition prior to hearing. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                McGREGOR W. SCOTT
                United States Attorney

DATED: March 22, 2007      By: /s/   Steven M. Crass
                STEVEN M. CRASS
                Assistant U.S. Attorney
                Attorney for Plaintiff

                DANIEL J. BRODERICK
                Federal Defender

DATED: March 22 2007      By: /s/  Marc C. Ament
                MARC C. AMENT
                Assistant Federal Defender
                Attorney for Defendant
                Angel Moran-Ramirez

## ORDER

Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated: March 22, 2007**     /s/ Lawrence J. O'Neill
b9ed48            UNITED STATES DISTRICT JUDGE